UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DANIEL GEORGE GRIFFIN,

                                                Plaintiff,

                v.

                                                No. 05-CV-1072
                                                (TJM/DRH)

JOHN J. DONELLI. Superintendent, Bare
Hill Correctional Facility; PIPEN, Sgt.; L.
JUBBERT, Deputy Superintendent of
Security; M. WARNER, Registered Nurse,
Bare Hill Correctional Facility; DANIEL
BENWARE, Director of Transitional
Services; T. BRIQUER, Correctional Officer;
and SGT. GARDNER,

                                               Defendants

_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

# DECISION & ORDER

      This *pro se* civil rights action pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R Homer, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      The Report-Recommendation dated November 24, 2009 recommended that the Defendants' motion for summary judgment be granted. Plaintiff filed objections to the Report-

1

Recommendation, essentially raising the same arguments presented to the Magistrate Judge.[1]

Having reviewed the record *de novo* and having considered the issues raised in the Plaintiff's objections, this Court has determined to accept and adopt the recommendation of Magistrate Judge Homer for the reasons stated in the Report-Recommendation.

It is therefore

**ORDERED** that Defendants' Motion for Summary Judgement is **GRANTED.** The Complaint is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: February 24, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge

---

[1] When objections to a magistrate judge's Report-Recommendation are lodged, the Court makes a "*de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." See 28 U.S.C. § 636(b)(1).  After such a review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.  The Judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." Id.